IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2008-CV-00167-BNB-MJW

AURORA JUAREZ

Plaintiff,

v.

STEVENS TRANSPORT, INC., a Texas corporation,

Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before this Court upon the parties' Stipulation for Dismissal with Prejudice and this Court having been apprised in the premises;

**IT IS HEREBY ORDERED** this matter and the Complaint herein are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Dated this 17th day of June, 2008.

BY THE COURT:

/s/ Boyd N. Boland
~~UNITED STATES DISTRICT COURT JUDGE~~

**BOYD N. BOLAND**
**United States Magistrate Judge**